**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  13 -cr-00412-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JESUS MORALES-HERNANDEZ,

     Defendant.

## ORDER

     Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on February 26, 2014

     **IT IS ORDERED** that Defendant Jesus Morales-Hernandez is sentenced to **time served**.

     Dated:  February 26, 2014

                                         BY THE COURT:

                                         s/ Robert E. Blackburn
                                         ROBERT E. BLACKBURN,
                                         UNITED STATES DISTRICT JUDGE